AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Crotty, Paul A | 2. Court or Organization<br><br>U.S. District Court (S.D.N.Y.) | 3. Date of Report<br><br>04/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>Room 735<br>New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Verizon Income Deferral Plan, including stock grants earned in 2004 (No Control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | Verizon Communications (See VIII) | $ 387,510 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ▮▮▮ George Arzt Communications - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 2/25/07 - 3/2/07 | Washington, DC | Phase II Orientation | Transportation, Hotel, Meals |
| 2. | Second Circuit Judicial Conference | 6/7/07 - 6/10/07 | Bolting Landing, NY | Judicial Conference | Transportation, Hotel, Meals |
| 3. | Federal Judicial Center | 7/9/07 - 7/12/07 | San Antonio, Texas | IT Training Seminar | Transportation, Meals |
| 4. | 40th Transferee Judges' Conference | 10/15/07 - 10/17/07 | Palm Beach, Florida | Judges' Conference | Transportation, Hotel, Meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Chase Master Card | Credit Card | J |
| 3. | Chase Visa Card | Credit Card | J |
| 4. | Bank ●f America Visa Card | Credit Card | J |
| 5. | USA Visa Card | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 2. American Express | A | Dividend | L | T | | | | | |
| 3. American International Group | A | Dividend | | | Sell | 8/21 | K | A | |
| 4. Ameriprise Finl Inc. | A | Dividend | K | T | | | | | |
| 5. Amgen | A | Dividend | | | Sell | 8/21 | K | A | |
| 6. Coca Cola | B | Dividend | L | T | | | | | |
| 7. Disney | A | Dividend | L | T | | | | | |
| 8. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 9. EMC (Corp) | A | Dividend | K | T | Buy | 7/10 | K | | |
| 10. Exxon Mobil | B | Dividend | L | T | | | | | |
| 11. General Electric | B | Dividend | L | T | | | | | |
| 12. Hospira | A | Dividend | J | T | | | | | |
| 13. IBM | A | Dividend | K | T | | | | | |
| 14. JP Morgan Chase | B | Dividend | K | T | | | | | |
| 15. Eli Lilly | A | Dividend | K | T | | | | | |
| 16. Microsoft | A | Dividend | K | T | | | | | |
| 17. Newmont Mining | A | Dividend | | | Sell | 8/21 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer | B | Dividend | L | T | Sell - Part | 8/21 | K | E | |
| 19. Schering Plough | A | Dividend | L | T | Buy | 8/21 | L | | |
| 20. Stryker Corp. | A | Dividend | K | T | | | | | |
| 21. United Health Group | A | Dividend | | | Sell | 8/21 | M | A | |
| 22. Xerox | A | Dividend | J | T | Buy | 8/8 | J | | |
| 23. Alliance Bernstein Capital | A | Interest | L | T | | | | | |
| 24. Fidelity Floating High Rate | B | Dividend | | | Sell | 12/3 | K | A | |
| 25. Artisan International | C | Dividend | K | T | | | | | |
| 26. William Blair Int'l Growth | C | Dividend | K | T | | | | | |
| 27. American Growth Fund | A | Dividend | K | T | Buy | 2/26 | K | | |
| 28. Columbia Acorn Int'l | C | Dividend | K | T | | | | | |
| 29. LSV Value Equity | A | Dividend | K | T | Buy | 2/26 | K | | |
| 30. Gateway Fund | A | Dividend | K | T | | | | | |
| 31. Selected American Shares | A | Dividend | K | T | Buy | 2/26 | K | | |
| 32. Laudus Rosenberg Value | A | Dividend | | | Sell | 12/3 | K | A | |
| 33. Quaker Strategic | A | Dividend | K | T | | | | | |
| 34. Thornburg Value Class A | A | Dividend | L | T | Buy | 12/3 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Norbelle LLC | | None | L | U | | | | | |
| 36. New Entrepreneur Fund | B | Dividend | L | U | | | | | |
| 37. Rollover IRA #1 | E | Dividend | O | T | | | | | |
| 38. - Fidelity Low Priced Stock | | | | | | | | | |
| 39. - Baron Growth | | | | | | | | | |
| 40. - William Blair Int'l Growth | | | | | Buy | 2/15 | L | | |
| 41. - Columbia Acorn Class Z | | | | | | | | | |
| 42. - Dodge & Cox Stock | | | | | | | | | |
| 43. - Harbor International | | | | | Buy | 2/15 | L | | |
| 44. - Julius Baer Int'l Equity | | | | | Buy | 2/15 | L | | |
| 45. - Longleaf Int'l | | | | | Sell | 2/14 | M | | |
| 46. - Royce Premier | | | | | | | | | |
| 47. - Tweedy Brown Global | | | | | | | | | |
| 48. - Fidelity Cash Reserves | | | | | | | | | |
| 49. - Fidelity Diversified Int'l | | | | | Sell | 2/14 | L | | |
| 50. Rollover IRA #2 | E | Interest | O | T | | | | | |
| 51. - Campbell Soup Bond | - | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Nat'l Rural Utils Bond | | | | | | | | | |
| 53. - Morgan Stanley Bond | | | | | | | | | |
| 54. - Merrill Lynch Bond | | | | | | | | | |
| 55. - Lehman Bros. | | | | | Buy | 8/3 | K | | |
| 56. - DuPont Bond | | | | | | | | | |
| 57. - CIT Bond | | | | | | | | | |
| 58. - Hartford Fin. Svcs. | | | | | Buy | 3/21 | K | | |
| 59. - Target Corp. Bond | | | | | | | | | |
| 60. - Genworth Global Bond | | | | | | | | | |
| 61. - GE Bond | | | | | | | | | |
| 62. - IBM Bond | | | | | | | | | |
| 63. - Boeing Corp. Bond | | | | | | | | | |
| 64. - Wachovia Bond | | | | | | | | | |
| 65. - Allstate Bond | | | | | | | | | |
| 66. -Wells Fargo Bond | | | | | | | | | |
| 67. - Anheuser Busch Bond | | | | | | | | | |
| 68. - Bear Stearns Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - HSBC Bond | | | | | | | | | |
| 70. Verizon Income Deferral Plan | F | Interest | P1 | T | | | | | |
| 71. Abbott Labs. (X) | A | Dividend | J | T | | 12/31 | J | | |
| 72. American Express (X) | A | Dividend | J | T | | 12/31 | J | | |
| 73. Am. Int'l. Group (X) | A | Dividend | J | T | | 12/31 | J | | |
| 74. Bank of America (X) | A | Dividend | J | T | | 12/31 | J | | |
| 75. BP PLC (X) | A | Dividend | J | T | | 12/31 | J | | |
| 76. Cardinal Health (X) | A | Dividend | J | T | | 12/31 | J | | |
| 77. Cisco Systems (X) | A | Dividend | J | T | | 12/31 | J | | |
| 78. Comcast Corp. (X) | A | Dividend | J | T | | 12/31 | J | | |
| 79. Freddie Mac (X) | A | Dividend | J | T | | 12/31 | J | | |
| 80. General Dynamics (X) | A | Dividend | J | T | | 12/31 | J | | |
| 81. General Electric (X) | A | Dividend | J | T | | 12/31 | J | | |
| 82. Halliburton (X) | A | Dividend | J | T | | 12/31 | J | | |
| 83. Hewlett Packard (X) | A | Dividend | J | T | | 12/31 | J | | |
| 84. Intel (X) | A | Dividend | J | T | | 12/31 | J | | |
| 85. Ishares MSCI (X) | A | Dividend | J | T | | 12/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merck (X) | A | Dividend | J | T | | 12/31 | J | | |
| 87. Microsoft (X) | A | Dividend | J | T | | 12/31 | J | | |
| 88. Oracle (X) | A | Dividend | J | T | | 12/31 | J | | |
| 89. Pfizer (X) | A | Dividend | J | T | | 12/31 | J | | |
| 90. Proctor & Gamble (X) | A | Dividend | J | T | | 12/31 | J | | |
| 91. Schlumberger (X) | A | Dividend | J | T | | 12/31 | J | | |
| 92. Target (X) | A | Dividend | J | T | | 12/31 | J | | |
| 93. Texas Inst. (X) | A | Dividend | J | T | | 12/31 | J | | |
| 94. Time Warner (X) | A | Dividend | J | T | | 12/31 | J | | |
| 95. United Technologies (X) | A | Dividend | J | T | | 12/31 | J | | |
| 96. U.S. Bancorp (Del) (X) | A | Dividend | J | T | | 12/31 | J | | |
| 97. Walgreen (X) | A | Dividend | J | T | | 12/31 | J | | |
| 98. Wells Fargo & Co. (X) | A | Dividend | J | T | | 12/31 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In 2007, I continued to receive payments from my Verizon Income Deferral Plan (10/2007), together with an incentive payment I was due on account of services rendered prior to 7/31/2005, together with a stock distribution, payable in 2007, but earned in 2004. The total payments are shown in III, supra.

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 04/30/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544